UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL E. PETERSON,<br><br>                          Petitioner,<br><br>     v.<br><br>STATE OF WASHINGTON, *et al*.,<br><br>                          Respondents. | Case No. C20-1074-BJR<br><br>ORDER STRIKING MOTION FOR STAY AND DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, petitioner's "Motion for Stay and Abey," and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 4), and this action, are DISMISSED for lack of jurisdiction, and, given this Court's lack of jurisdiction, the Motion for Stay is stricken;

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

/ / /

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 2nd day of October, 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2